NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY FRANCISCO, et al.,<br><br>Plaintiffs,<br>v.<br><br>THE GOODYEAR TIRE AND RUBBER CO., et al.,<br><br>Defendants. | Civil Action No.: 14-1807 (JLL)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Plaintiffs' informal request to have the matter remanded to state court [Docket Entry No. 6]. This Court had referred Plaintiffs' application to the Honorable Joseph A. Dickson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Dickson filed a Report and Recommendation in connection with said application on April 24, 2014. In particular, Magistrate Judge Dickson recommended that Plaintiffs' application to remand be denied. To date, the Court has received no objections with respect to Magistrate Judge Dickson's April 24, 2014 Report and Recommendation, and for good cause shown,

IT IS on this **20th day of May, 2014,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on April 24, 2014 [Docket Entry No. 12], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiffs' informal application to have this matter remanded to state court [Docket Entry No. 6] is **denied.**

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge

1